**Exhibit A to the Complaint**

**Location:** Irvington, NJ  **IP Address:** 108.35.239.214
**Total Works Infringed:** 122  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F62528EB9A8F27ED0372C62AEA79EA5BE45ED29C<br>File Hash:<br>0DEF8DAE78AC4DD5FCFFCE335F058BCF1235C6995E867755A0B6DA82157147C7 | 03/05/2024<br>09:00:25 | Blacked Raw | 03/04/2024 | 03/12/2024 | PA0002459238 |
| 2 | Info Hash: 7E4981D21DDD4B8D9EB5905B1B8A95461915A160<br>File Hash:<br>F29BB6B9B8051B324AD829D0493A837667EC77CB27D3E7DBC235A4CC0B8BEE60 | 02/23/2024<br>18:10:03 | Blacked | 08/23/2017 | 10/10/2017 | PA0002086163 |
| 3 | Info Hash: 3CCB8FBA30E5E39206299F84C40B2C9628DC0660<br>File Hash:<br>F5CDF93143AB83C3D59D12556EFE726520463CD9E144C2CE7450C2279AFEC3CA | 02/14/2024<br>07:03:25 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 4 | Info Hash: 92E9D8DC0F01283808DE20A54F8D887A62B77E31<br>File Hash:<br>6C08976CE1216C1F6B34E1B981129D6AAD59DAAB7C449886F1BBD395349E1AF6 | 02/13/2024<br>01:31:30 | Tushy | 01/21/2024 | 02/13/2024 | PA0002454783 |
| 5 | Info Hash: 40EDEC6EC47494427AC02F9E49DBD306661729F3<br>File Hash:<br>2EDEDF93303779A2EA081EF55CF999B1AFC8BA0194C555716D047F1FF052BEFE | 02/03/2024<br>23:54:59 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 6 | Info Hash: 62D5572C067EDA581F9D7CC022613390DEBB561E<br>File Hash:<br>5A322EA5C00A9C77C59EAA83566991742A63CA2D9B38369F2740EF4EAD39F54F | 02/03/2024<br>10:49:09 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |
| 7 | Info Hash: EFEA8456943C4B513B7EAEDA50646675169E298A<br>File Hash:<br>C432E5EC8BB577772A4D59CFBF798EF185C11342235CC33530C507313AE20D12 | 01/29/2024<br>04:24:45 | Blacked Raw | 01/22/2024 | 02/14/2024 | PA0002455065 |
| 8 | Info Hash: 394148E1E1727054AAEA356F8D93679A501DA586<br>File Hash:<br>02FD32C13140D35A8B0A1EB2F67BFD6D0D180A41DC61A6272472F3F6D9FD68CD | 01/28/2024<br>07:07:21 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 9 | Info Hash: 3EF3D896C2EF3078D16AA7CDACC6D51BCE99D22A<br>File Hash:<br>EAE9E7EE4C15EE93867122F45C9D3D80372A199520C836EBCF75FA233E9BBD8E | 01/25/2024<br>06:04:18 | Blacked Raw | 12/25/2023 | 01/16/2024 | PA0002449503 |
| 10 | Info Hash: A32BDCA457BA20D753D8D73F590AB36A02AB47C9<br>File Hash:<br>89AD53A898BD4DA272F1B32DC0091115520DCAA733499FA0C7419BA273DEB765 | 01/21/2024<br>20:28:16 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 11 | Info Hash: EEF6BD8931FE8BE45160EE58DFA431E5FBC541FC<br>File Hash:<br>4D14585EF30C2CB1F26FE641D9C91CB0662CED108EC60107B0BB9722E8562EE5 | 01/16/2024<br>04:12:52 | Blacked Raw | 01/15/2024 | 02/14/2024 | PA0002455063 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 594B1EC594576B1294B0757C21ADF7A928EB5F09<br>File Hash:<br>06257E6840E83AEEC08AEF690243152B3A076D274C00D69F63C7D37CEF2D5963 | 01/06/2024<br>08:46:45 | Blacked Raw | 11/08/2021 | 01/07/2022 | PA0002337933 |
| 13 | Info Hash: 4FFEF2F34E795900B524ADB3A5D89A4870CCAE8C<br>File Hash:<br>1254A343029B99DBBD44743FFDE118A8C3B0EEA55980D1E9B75886A0AC5B2653 | 12/19/2023<br>20:58:36 | Blacked Raw | 04/11/2022 | 04/23/2022 | PA0002346408 |
| 14 | Info Hash: 30C2E5EEEBDF45D9C83127199FE070EEB091A96C<br>File Hash:<br>363C657260C54421DB941EE3B5764CF3DD8788F6570BF153BC16E19E0081CDC7 | 12/19/2023<br>08:18:50 | Blacked Raw | 10/19/2020 | 11/05/2020 | PA0002263389 |
| 15 | Info Hash: 2541261990122381387D2C03CDA34FF74B4EDE3E<br>File Hash:<br>C687436ACD90C3EA61538DA4C09F489019D7A176148DD86953937717FF9D0F88 | 12/19/2023<br>08:14:29 | Blacked Raw | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 16 | Info Hash: 55CAC08B13FBBD0464EA5F0FD513A60709B79E6E<br>File Hash:<br>AFD59422DF28E6CD1D6F2E84A1C6ADAD4136E5DDF21BA92D2616652FC99E5A61 | 12/12/2023<br>12:37:28 | Blacked | 12/09/2023 | 01/15/2024 | PA0002449247 |
| 17 | Info Hash: 77CE14821778B8CF4617281B5D70AE0C2522ED95<br>File Hash:<br>8A13A4F53614F9BE2469E8CBA201F6FB39FFBE1BE23677A85BD7E729CDD5F067 | 12/06/2023<br>06:55:35 | Blacked Raw | 11/27/2023 | 12/12/2023 | PA0002445178 |
| 18 | Info Hash: FB0E798E24893752FDF6C5B49112F3DCC64548F1<br>File Hash:<br>7189733715E49666313DA4F5CE3993FB267EA23DAA80A229789A3447361A8396 | 12/06/2023<br>06:51:36 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |
| 19 | Info Hash: 9DDE856F141CDA6C169D88B00B557142933B3ED7<br>File Hash:<br>D2888B343A905821B2C53457EA783A24360DDB22B6E0AC7FED2731203753C3AA | 12/06/2023<br>06:50:56 | Blacked | 12/02/2023 | 12/11/2023 | PA0002444887 |
| 20 | Info Hash: 5350B7EBFC5725A84EE60BFBA2E1E9E59CFC1DF4<br>File Hash:<br>56722B1FA5F80B64E4B9D5E7B35BF4DB3F6D977FCC21AA34893670F2B18812FC | 12/02/2023<br>10:18:11 | Blacked Raw | 07/24/2023 | 08/17/2023 | PA0002425531 |
| 21 | Info Hash: EDEF437B923044B6BB74F25D84D9A801CA11B42B<br>File Hash:<br>50139B0978D706FDB0D6A7CFBCFAAC7299920E019ABEC0D9E5D640AB12F359E0 | 11/20/2023<br>07:14:22 | Blacked Raw | 11/13/2023 | 12/12/2023 | PA0002444884 |
| 22 | Info Hash: 5F1C6E9BC2CECE66C644D8D6E8F7FD1EF31151A9<br>File Hash:<br>1568A3380B7319B7156D3BCE812AF509597523A0568037CAFC175FB4E9D9A0A5 | 11/18/2023<br>09:20:12 | Vixen | 11/10/2023 | 12/13/2023 | PA0002445427 |
| 23 | Info Hash: 206084BD537D9B82923A2FE5E80AED1F33B501B2<br>File Hash:<br>A0A4E73BC9EE039FDFF96814507474F6F0302645650D51F9E9D74FB5535C4F89 | 10/22/2023<br>15:36:02 | Blacked | 10/21/2023 | 11/13/2023 | PA0002439582 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: EF805B2D1EBB4B6646CC4D55C927F75BA9C0615D<br>File Hash:<br>784BFE75D283C783F7044A0A1255798721F20E721F81B7A552B9396BD16747CB | 10/12/2023<br>23:59:15 | Blacked Raw | 05/23/2022 | 06/27/2022 | PA0002355031 |
| 25 | Info Hash: 09BEFF88BFA6C03790189DB6616808DDF8A8A751<br>File Hash:<br>DD3B798C8D8E9900AA8661B5435EABDAAD9A2D99BC4CA139153417B954AF5BCB | 10/08/2023<br>10:10:08 | Blacked Raw | 11/30/2020 | 01/04/2021 | PA0002277037 |
| 26 | Info Hash: 5DB694C22D4A5B18B07050112666F098FC37EF41<br>File Hash:<br>CEC8E017673D79DDF17B2C5C056A9EA8D952ECD571392BE946A634D53D272EE1 | 10/06/2023<br>17:32:08 | Slayed | 06/27/2023 | 07/14/2023 | PA0002427522 |
| 27 | Info Hash: 75EACE9CA719288B52B64D4D05A349BAA09542B2<br>File Hash:<br>8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 10/03/2023<br>09:19:02 | Blacked Raw | 03/29/2021 | 04/14/2021 | PA0002286726 |
| 28 | Info Hash: 6F5B651AD5DDA6D2CA196AAD7EE9CDE939EB6B42<br>File Hash:<br>62DB69F7796F8346378A80DD662FFBE34994BA815E976BCAE23178FD5BBD5E9E | 10/01/2023<br>20:55:57 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |
| 29 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B<br>File Hash:<br>0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 10/01/2023<br>20:55:00 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 30 | Info Hash: 54609D74A9FF3AB268D9A0893FAF92DD1608DEF3<br>File Hash:<br>1E2A0A7871CABB5F73E42D0D7E8403CBFA69E1FD56C7604C04683E51DB784D89 | 09/27/2023<br>12:16:12 | Blacked Raw | 09/25/2023 | 10/18/2023 | PA0002435306 |
| 31 | Info Hash: 8E6EED497401E5632882329A13CCE181E0D45A1E<br>File Hash:<br>7EF068634F9DBFFFF69D13096D059481F3BD7CB4C08FB71B20294D69CF19CB36 | 09/24/2023<br>07:13:52 | Blacked Raw | 02/01/2020 | 03/15/2020 | PA0002240553 |
| 32 | Info Hash: 4029DD7E8F723FFAB81227131E11FB4F7842ADED<br>File Hash:<br>2D3AFBFAA0905D5F232481B8EB5BF221BD2D15163E3B3530F2B74D2BD02BAD72 | 09/23/2023<br>08:52:47 | Blacked Raw | 09/18/2023 | 10/18/2023 | PA0002435281 |
| 33 | Info Hash: DB9CB633F78295DB9AC92C9866B67735FFBA452F<br>File Hash:<br>55BD3FDB2B931070A6175DDA74209B031139348164689BC955F768BC93FE8FBC | 09/18/2023<br>05:56:49 | Blacked | 09/16/2023 | 10/18/2023 | PA0002435289 |
| 34 | Info Hash: 8E4C3CCBC90AAA69A9AAD87AFEF059EDFBC21A09<br>File Hash:<br>B9AA18A408966F8132F9CE4CA40FFCA25B84A537101C6644BAC5EB65CE08703C | 08/23/2023<br>06:35:03 | Blacked Raw | 08/21/2023 | 09/17/2023 | PA0002430900 |
| 35 | Info Hash: 1149632029B2203A09EF6DB1B644D4E0F5F00FE5<br>File Hash:<br>F1229FE37A0BD54A30E560D416313F5BFD09A09DAB865C1584FAE8018BF2E7E0 | 08/13/2023<br>04:22:43 | Blacked | 08/12/2023 | 10/18/2023 | PA0002435264 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: EF90A8C0CBD5AD85E1FFF280DBE1272C3D247F81<br>File Hash:<br>F9B67709F48BFCC6DCD9A032E27D2F973583C64A62E6316EF47A6B91110A0570 | 07/17/2023<br>22:42:56 | Blacked | 06/17/2023 | 07/13/2023 | PA0002420351 |
| 37 | Info Hash: 2D1F93A12D9C1A70C9D7CCB260285AD15520CD5E<br>File Hash:<br>90608B34C1963992DEB1433847B5D40ED45D451CFA3156146B10C84EFB87F424 | 07/17/2023<br>21:34:04 | Blacked | 07/15/2023 | 08/17/2023 | PA0002425771 |
| 38 | Info Hash: C535ECFAC3E2D5E02CBEF9BE4ABB94677793055C<br>File Hash:<br>07E8A4E31AE2DA69DE9C0930EC62485DF37C2C55BB833EF64675FCE169D7DEEC | 07/03/2023<br>23:26:37 | Blacked Raw | 07/03/2023 | 07/13/2023 | PA0002420355 |
| 39 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash:<br>2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 06/28/2023<br>00:08:44 | Blacked | 02/05/2022 | 02/14/2022 | PA0002335503 |
| 40 | Info Hash: 4665C82DE8A7CA83557C6C9FAAC5C3FB08A40868<br>File Hash:<br>28206F8C2A899D1A14BD86A5AD73A826ECD1BEE8CB59FB97471588DD54FAB5BF | 06/25/2023<br>19:38:58 | Blacked Raw | 12/06/2021 | 12/13/2021 | PA0002325836 |
| 41 | Info Hash: 0185608D5FC14C71957A6AF0A95E6B9A69ED9BA0<br>File Hash:<br>34635672ADDE69E6C7DB4953231485C3DB019FEDB95E5D271696ECACF53EE3A4 | 06/23/2023<br>09:27:16 | Blacked Raw | 06/18/2023 | 07/13/2023 | PA0002420357 |
| 42 | Info Hash: A81155D7C16806E32CE51793BDCBB9D86F99F90B<br>File Hash:<br>9790F4BC93FD7398511406D28281B70D6921D21AC04C64B1647701F8C8BA4017 | 06/22/2023<br>19:11:39 | Blacked Raw | 06/08/2023 | 07/13/2023 | PA0002420361 |
| 43 | Info Hash: 0DBF25B7D2F0F81C72BE1B7419AD7F72BC27BFC1<br>File Hash:<br>EE2171AFEF9CCACB672C580C5E6B64ABF837EB6811EDC93432D9F28620FFD7FB | 06/11/2023<br>02:38:17 | Blacked Raw | 04/19/2023 | 05/14/2023 | PA0002411264 |
| 44 | Info Hash: ACC005CC5540B73FD43F4D15ABAF01B7245E583F<br>File Hash:<br>38EA3BEBD5531AA9C70A2F4275A0A9F108E1F1BDA2C9CBB7B347BFEBBC5A2B84 | 06/11/2023<br>02:37:20 | Blacked | 06/10/2023 | 07/13/2023 | PA0002420362 |
| 45 | Info Hash: 9A7C978EDDC1EDC8C50DF127F82C6120C1B9C5DE<br>File Hash:<br>E18D1B2C35D24CC3D2C84D65730F7B016AA3E2B8671306859A0AB104ED291E59 | 06/04/2023<br>04:31:42 | Blacked Raw | 05/29/2023 | 06/09/2023 | PA0002415372 |
| 46 | Info Hash: B83E00880518FBB59ED04CB16EC0BADA95B4881B<br>File Hash:<br>029EFB4D3105D9CD06E5B94F441B8CEA6D551DD3AD5962D6EDFCC6174FFC925F | 06/03/2023<br>21:04:28 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 47 | Info Hash: 2388A8BAE2D7A66AC8E2823957B738E7F08DD63D<br>File Hash:<br>70135C7904E63EA4F0668F4F63D95BEC1A2EF92598A53768A2C4F2C420C88F8D | 05/27/2023<br>22:36:55 | Blacked | 05/27/2023 | 06/09/2023 | PA0002415390 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 5FA59DD2A87C8333BF37865F57F8DD8429250516<br>File Hash:<br>26D181357D18F58D64D4BC97CD1F8D78F6C4D413F030998D2E921674F15F5796 | 05/13/2023 21:08:55 | Blacked | 03/31/2019 | 05/28/2019 | PA0002200773 |
| 49 | Info Hash: 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash:<br>C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 05/08/2023 07:03:13 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 50 | Info Hash: 848D53796E57ECC9339584B00C85DBECC15B1972<br>File Hash:<br>71BA8001D0DB2EABF4C24A1E059187713B008BB937F30A0217782816A4C04421 | 05/04/2023 16:29:54 | Vixen | 05/27/2022 | 06/27/2022 | PA0002355035 |
| 51 | Info Hash: B01AD269B921E6EF4954851DDF1CBE6A5911064E<br>File Hash:<br>67E6F66361440ED106355513B46089BA65B6866080C966AF651DB0FBFF28D100 | 05/04/2023 16:24:31 | Vixen | 04/15/2022 | 04/23/2022 | PA0002346429 |
| 52 | Info Hash: 43E61D45E9E5B6B9B2682900678C8B7AC0EC7F0F<br>File Hash:<br>28B1CD07F1186F2C2F13FF5C2CEA5E6164DFE9C7EA8F4B540354CB6964AC73F3 | 05/03/2023 20:22:47 | Blacked | 05/22/2021 | 06/09/2021 | PA0002295591 |
| 53 | Info Hash: 0EE23E9A799EAB17B33BEF04F030F5CBD2C72F76<br>File Hash:<br>3E16B6DAE2EE7AD222835D06E18933C46E346636CA23E8D0DB1EE9C3FA3931BE | 04/30/2023 07:08:47 | Blacked Raw | 04/29/2023 | 05/14/2023 | PA0002411313 |
| 54 | Info Hash: CADFC2550C1531841FBBBE8A431AAA29DDD6FF42<br>File Hash:<br>F2670A04292E1359A4BD2307B368E5D01F3C41324E49CAFAB39765B27C46D6ED | 04/25/2023 04:00:38 | Blacked Raw | 04/24/2023 | 05/14/2023 | PA0002411259 |
| 55 | Info Hash: 194C9D130307263E32933200A3EEBAA5DC4B8439<br>File Hash:<br>D60C4EA58EEBB3006A654BA9F79090361F7F1C7FE9498BAEEF485CF9A715F66B | 04/08/2023 22:38:12 | Blacked | 04/08/2023 | 05/15/2023 | PA0002411276 |
| 56 | Info Hash: AE239D62AECAF3E11B72744CA93C44F09BAECD9C<br>File Hash:<br>6B4C4CD4D964230FA2015B2EC284EBE46D07C20601BAA85EACA54D4B3B52BEA3 | 03/27/2023 08:26:06 | Blacked Raw | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 57 | Info Hash: 0279F8114C90ECBC2C775793D7CD9105ED963856<br>File Hash:<br>3DC45DDEEAF39622E73B28F7587BD6A4688887D83FC0D647EE20E12252B634AB | 03/27/2023 08:17:08 | Blacked | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 58 | Info Hash: 90B3B7E92C2FCAB7BC642BDBA8946CBBEE03AE90<br>File Hash:<br>FB9226ED18915EC2763AC638B7167B86633115C74B9AC01896A885AD5C6BAC8E | 03/20/2023 17:55:59 | Blacked Raw | 02/18/2023 | 03/06/2023 | PA0002399995 |
| 59 | Info Hash: 5269E9647358D2C0080970F7B91836FF0B134F73<br>File Hash:<br>27FB0D30B36C136AFA8C6C21A0D532780A248DC9A46D86A04DB243DAA5069A62 | 03/19/2023 20:00:10 | Blacked Raw | 12/28/2019 | 01/27/2020 | PA0002223954 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: F3AA7B057E264E2AFB5FC0651B4D83D4CECE5EA4<br>File Hash: BE782D5E898951C0B78B8F25E82C58244A09BABA841848A6E6E70809EE461C66 | 03/12/2023 07:26:28 | Blacked Raw | 03/10/2023 | 04/07/2023 | PA0002405760 |
| 61 | Info Hash: 9DBC002C5F7B3E055A7C6B8486EFF5415A4D4850<br>File Hash: 5B8960146434E29DCAB101D3495A822B0599EBD46F053B646177461970D3E317 | 03/12/2023 02:22:20 | Blacked | 03/11/2023 | 04/09/2023 | PA0002405763 |
| 62 | Info Hash: 5FF481118D0A3427E17207ACDD24FAA56DBCE201<br>File Hash: EEF370BCF3FF1FD72694612239CBA74715CAA4513530F645C63D827E268BC130 | 03/10/2023 06:44:03 | Blacked | 02/18/2023 | 04/13/2023 | PA0002407766 |
| 63 | Info Hash: 6E8136B9A7BEB4A525F418336A8E1680BA82BA11<br>File Hash: E3C866852AB6C01934F3C35E7FE4DC76219ABE57422A45820D768A90589155E5 | 03/06/2023 22:53:49 | Blacked Raw | 03/05/2023 | 04/07/2023 | PA0002405735 |
| 64 | Info Hash: 59154555AF2E443B03E387EDD0E34F1BAF703A45<br>File Hash: CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 03/03/2023 11:08:27 | Blacked | 01/16/2021 | 02/09/2021 | PA0002276150 |
| 65 | Info Hash: 4762B207E12798B5BA2DDD00B902201C9FD4EA23<br>File Hash: A0077A2CCDB176BC6A42D6A5511A8948BCA5D56EE3E1A5D3707EF868FEAAC87B | 03/03/2023 11:00:53 | Blacked Raw | 02/08/2021 | 03/08/2021 | PA0002280363 |
| 66 | Info Hash: 17CD54EEA48C6A552071459696C47C2EFBF473D6<br>File Hash: 6609883C329B060FE39E7A685371F8BD0D01CE0060C6228DF52B99FA4D7B26A3 | 03/03/2023 07:54:55 | Blacked | 02/25/2023 | 03/07/2023 | PA0002400308 |
| 67 | Info Hash: 5F75B9CECC4F3FEEA7CE46BEDA2B70A0BA267B19<br>File Hash: 98CDC17BC4D0A858192F41FD54802AA61EC55EE5616632DC63F7F18150DC90BA | 03/02/2023 12:14:03 | Blacked Raw | 06/21/2019 | 08/27/2019 | PA0002213241 |
| 68 | Info Hash: 8076E05B6DC44E02BF125C5917010AABDA507CA7<br>File Hash: B4DC05F776BEBFCD785BF0732307B2B491A652B881D811ACE284A6242297FC38 | 02/28/2023 22:04:03 | Blacked Raw | 02/28/2023 | 03/05/2023 | PA0002399873 |
| 69 | Info Hash: F829B85576DFA3D70ECE2C441F21BDBEC39DB7DF<br>File Hash: DA3220A6FAABDDB4AE88E92AD6B5FB6D1E25F2C56C31865D1CEC251D23E537A4 | 02/24/2023 04:26:55 | Blacked | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 70 | Info Hash: B736C78B1C428995842714665974B8C7009135D6<br>File Hash: 6A992DD913F68146CF4034E7BF7089726477BBCEDF7D38FDB620B9F69E324C17 | 02/12/2023 19:54:15 | Blacked | 02/11/2023 | 03/07/2023 | PA0002400311 |
| 71 | Info Hash: 3AD0F06F038FCEA6C738A2A93D38C5FB6CCC288C<br>File Hash: 407A453E1507FB5ED0407941EB7B782BBDF76C8794AB5A3E3A6E1E5FEA354EAD | 02/12/2023 19:49:40 | Blacked | 01/28/2023 | 03/07/2023 | PA0002400316 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 580E5F377A9B21CE08E2D9838137776B28D9701F<br>File Hash:<br>0B2FBEF512B6EB27306D790E5A2AFF94249B81068695BFD92C70456AD5C0DDAB | 02/05/2023<br>22:20:23 | Blacked Raw | 12/10/2022 | 01/10/2023 | PA0002389572 |
| 73 | Info Hash: F08E75A3CCD5100C7AC72DF3642EE4407DBD8A2C<br>File Hash:<br>3669F73216FD7FA49F792E98881C0F07EE2039B31A14CEBF82E62117FEB27618 | 02/03/2023<br>02:00:47 | Tushy | 01/22/2023 | 01/27/2023 | PA0002393076 |
| 74 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash:<br>B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 01/29/2023<br>13:47:24 | Blacked | 06/18/2022 | 06/27/2022 | PA0002355032 |
| 75 | Info Hash: 28F641DD86A31D9DE4BFD2443457D581BBB660A1<br>File Hash:<br>5A27FE917CEC0B20F5E51A87F23515ED22F45719715C331F7E5ADEE1E0E2E837 | 01/28/2023<br>19:25:45 | Blacked | 09/27/2019 | 10/07/2019 | PA0002205468 |
| 76 | Info Hash: 0D3F517CA16BF1C1F7141865E845817191E1D2D8<br>File Hash:<br>FCD85BD0EFD258A07B81E46FFD228C7CC36DF7C5CDCB1560FA70BCB1B4AD805C | 01/26/2023<br>00:36:29 | Blacked Raw | 11/29/2021 | 02/03/2022 | PA0002341803 |
| 77 | Info Hash: 41A572496B878FFAE77C7A757CBAE1ED0EB9D57E<br>File Hash:<br>FF125D9A09EA9469F302C188E821F889073D4286F770D8D1FA88C6E3E13AC817 | 01/21/2023<br>11:49:07 | Blacked Raw | 08/30/2021 | 09/30/2021 | PA0002319882 |
| 78 | Info Hash: EFA937808F0ED58A57B5B7902F86CC46FFEF4A88<br>File Hash:<br>B1ACA1BB3FF18B56DD4E28B45C13CEF7155C393C134B08F2317639FEF5A59520 | 01/18/2023<br>11:01:17 | Blacked | 03/10/2020 | 04/15/2020 | PA0002246103 |
| 79 | Info Hash: 3ADC06A6C923495B15747095E6D9ED7967551D88<br>File Hash:<br>19ACB54F165E4750C1C884F2831004F8BBC50AE609EFFE5CF8EA787A474E895F | 01/16/2023<br>11:25:08 | Blacked | 01/14/2023 | 01/27/2023 | PA0002393079 |
| 80 | Info Hash: 6C097F8E2DD268506A3D928774099F16FCF1D7F0<br>File Hash:<br>A599AD9EEF71FABC77029F80B0572DB18357A57D435FB6F5D32DC2362CACFFDC | 01/15/2023<br>16:12:16 | Blacked | 04/02/2022 | 04/23/2022 | PA0002346422 |
| 81 | Info Hash: 57C6912A8C0A652DCA85A3C71BF6C3DEAF6ADA9D<br>File Hash:<br>46DE425154E54C1154880B5A5814B542C2485F3870DC77DAA5A6781AC10D4A8D | 01/12/2023<br>22:52:32 | Blacked | 01/07/2023 | 01/27/2023 | PA0002393078 |
| 82 | Info Hash: CAA1DD05BF6575C8B47341C4E15A88FD3F0FF0DA<br>File Hash:<br>EC51CE82B5229B431FB52886F86419C2CCE3EA3B3F6E44E614350E34C6B0A2A0 | 01/11/2023<br>09:32:53 | Blacked Raw | 07/11/2022 | 07/22/2022 | PA0002359473 |
| 83 | Info Hash: CA60236D29E4C5A36B1A2BD59DBA968105F955AC<br>File Hash:<br>D40AE0203C62D97B29DA45B68BF568D372CDB7EBE39E27D9571A0A1C77E2EB03 | 01/10/2023<br>11:11:00 | Blacked Raw | 12/15/2022 | 02/21/2023 | PA0002400999 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 0F2348656BCA95DEFEDB64CE2ABC032472709F54<br>File Hash: 9DDAC032E4C0EAEF286FB2E54C4FE15F44C361508B56DFDDEE903CA16E742956 | 01/07/2023 10:40:18 | Blacked | 05/15/2021 | 06/09/2021 | PA0002295594 |
| 85 | Info Hash: DAAB1603971461BD3D663620ED1313A2096BA184<br>File Hash: 208C2094E936E0C81D7BE784548F4DEEC34975FA611D8D2CD633CCB4F288C2C3 | 01/07/2023 10:19:59 | Blacked Raw | 02/13/2019 | 03/24/2019 | PA0002183197 |
| 86 | Info Hash: 102E275F06CD6433699975512D505CCABC08AC65<br>File Hash: 12135BB7D825A793CAEBAE9DD71A7DEF7964928EFC8476214BD93F1CB090D0A9 | 01/04/2023 17:00:23 | Tushy | 12/18/2022 | 01/10/2023 | PA0002389612 |
| 87 | Info Hash: 0C6C0C31980EB1B7FC0BD5D3BE2436167D73819D<br>File Hash: F6D29449BE73E94125DD3E552A3091094642E5D41C9F7475AB8C868D0DC4C7C7 | 12/27/2022 22:38:10 | Blacked Raw | 12/20/2021 | 01/17/2022 | PA0002330107 |
| 88 | Info Hash: E12FF3F313842E2F77EC08C5A3D804F608AB1116<br>File Hash: BE61C07B258B1FCEBBDE344FB23D51C8E6A1AB2FDE7926DB25DA716090CE99BD | 12/18/2022 08:08:36 | Blacked | 12/17/2022 | 01/10/2023 | PA0002389619 |
| 89 | Info Hash: C20D8CE638A46CD39FA65004C565F7F85846691D<br>File Hash: EA5B48145CBAF733479368D9256BC9D6AA8EC5702C56014718B4A1CBA7E39563 | 12/10/2022 22:50:45 | Blacked Raw | 03/28/2019 | 05/28/2019 | PA0002200777 |
| 90 | Info Hash: 91B29BF3F683996DF7397B4AA694BA747D373B34<br>File Hash: 06DA322EA1A0666FCE8D75171829A5B00CE802DB07C7D47B1CAB9AF52461A7B8 | 12/10/2022 09:29:03 | Blacked | 11/13/2021 | 12/09/2021 | PA0002325812 |
| 91 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash: DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 12/07/2022 23:51:18 | Blacked | 12/04/2021 | 12/09/2021 | PA0002325833 |
| 92 | Info Hash: 70ECB51C4FADD0D244D1FE108746EE2264F69820<br>File Hash: 6DA9802200B869DE388100460A735DADC6965B379326EAABC4DAF374BBF33E96 | 12/04/2022 14:47:37 | Blacked Raw | 01/24/2022 | 02/14/2022 | PA0002335489 |
| 93 | Info Hash: F6288D8843D03BB11986B571B5B482AA50E750AF<br>File Hash: 785782EC1A5F128DF0AF9451AEABAC837FCDD2BF381AD1AC9FFAFE26748D563C | 12/04/2022 02:13:26 | Blacked | 09/18/2021 | 10/05/2021 | PA0002315291 |
| 94 | Info Hash: 0A943EE511B271EB4FECB0C68C646E26A824EBBA<br>File Hash: 5AF9E686D4F55210F2A0BA1CD985260CED2AB6321C7245F1E0030DEC8CFC2EED | 11/28/2022 19:43:23 | Blacked Raw | 09/26/2022 | 10/31/2022 | PA0002377828 |
| 95 | Info Hash: 309024C828DF3FB77335331A1416A2078E5B2F04<br>File Hash: 44E24DDEA8CC646565E0756D7206106F1F0E93A93F82C324C3A6F4BE33A1494A | 11/27/2022 17:03:41 | Blacked Raw | 05/30/2022 | 07/21/2022 | PA0002367910 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: C39AA4E1D1D7DCB35A662E8317DC5EB1CAD6DA7E<br>File Hash:<br>7645F9F88133D7D66D4EAD2432F1F8203180812588FCB5D4490E78B6FFFD63FC | 11/27/2022<br>06:25:54 | Blacked | 10/29/2022 | 01/06/2023 | PA0002394016 |
| 97 | Info Hash: 3AEAEED448A79D7A5A91F51469B6A7836CA00512<br>File Hash:<br>89B3CC895630009E5A548D9066FB8CEC58A212697326D8283D51CFE9932EE345 | 11/27/2022<br>06:23:21 | Blacked | 11/26/2022 | 12/11/2022 | PA0002384739 |
| 98 | Info Hash: D1246169E8CD7824C43B5B28EAF31201DC715B02<br>File Hash:<br>DDDA5C1FFEB913FE1F1D53D7EB12936F2BEFDFDBFE0C54633ADECE5CEAF678D1 | 11/23/2022<br>09:57:41 | Tushy | 11/20/2022 | 12/11/2022 | PA0002384715 |
| 99 | Info Hash: 2050D0595CE5CE49BF58E05FCFC07D94B3518567<br>File Hash:<br>68A380690E0D86D2B8C273C6DEAD56A98F5A34ED49D5E163E28FEB8F48A16271 | 11/20/2022<br>13:53:32 | Blacked | 07/16/2022 | 07/22/2022 | PA0002359474 |
| 100 | Info Hash: 33DEBFD16F53996E2A3BD27C4BB5E609F0943E54<br>File Hash:<br>1A5D9A40E8EA252B70883140ECA5844D396D908269D4AE083966CF481D46B7EC | 11/20/2022<br>13:46:28 | Blacked | 11/19/2022 | 12/11/2022 | PA0002384693 |
| 101 | Info Hash: DD6582F97DEDFA074D227FD4169F9ABFF71C9F9B<br>File Hash:<br>3498792D84F9BC2B5CD08B4AEED92B6443D04C6BFA67050613EA9F2F11C2FE64 | 11/20/2022<br>13:29:17 | Blacked | 11/12/2022 | 12/11/2022 | PA0002384761 |
| 102 | Info Hash: 614EB03E0456C4DD438C17A5C6AC80D8C991833A<br>File Hash:<br>87B70F5CF8D5F3DAB6CA49849F1EDABACE7938F6AE45220F4B66FA1014249A06 | 11/17/2022<br>02:48:18 | Blacked Raw | 11/15/2022 | 12/11/2022 | PA0002384724 |
| 103 | Info Hash: 89C58C66D343F338D5F2A7B1B7FDC6DFB12C7050<br>File Hash:<br>62EEE16EFC2EA791C25B323955530CAC9F89AB9D7FBBB5BBC6ED49E1669F0A31 | 11/15/2022<br>17:57:51 | Vixen | 11/11/2022 | 12/11/2022 | PA0002384688 |
| 104 | Info Hash: 8B78B77793A4284DD8647508DD3EDB99FC4C7A6E<br>File Hash:<br>8381CC3932E3A99B26C1665F380DFFF62D13EA20F85A94C2D0B9ED4AE413B9B4 | 11/13/2022<br>14:42:25 | Blacked Raw | 10/26/2022 | 11/01/2022 | PA0002378070 |
| 105 | Info Hash: C41D8A4F60E66268ABFE9B72F50AB782BA5E2F45<br>File Hash:<br>DD74DC97C9C793114B0009B5BCD404F19853E9D772BFA94055EBF2D37B2F3DE5 | 11/05/2022<br>09:02:54 | Blacked Raw | 11/15/2021 | 12/09/2021 | PA0002325813 |
| 106 | Info Hash: F03C19E73FD73E2C5CCBB54751B3325D9C91F2E7<br>File Hash:<br>AFF28110969937078B94F56371672B60C79C98F9F2B4BB51F76157DEB7F03C9C | 10/31/2022<br>22:26:28 | Blacked Raw | 10/31/2022 | 12/11/2022 | PA0002384770 |
| 107 | Info Hash: 73098F3107FBE8E4AE1441F54DB3A42BC0D2E71E<br>File Hash:<br>C88CE55D4CA442C9F66D7DA0732C0FCBEECEEBB72667F2A8722F0DE553A7990D | 10/29/2022<br>13:27:49 | Blacked Raw | 02/06/2018 | 02/20/2018 | PA0002104186 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: 29619F73C4C3FF17F11C2948FCB210929A9756CA<br>File Hash: 2438A39540E30ECE952846AE763025424A5D1F8020E6F4C070DEF353F50A8413 | 10/29/2022 08:19:20 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 109 | Info Hash: 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB<br>File Hash: 8F74612BA49DD11453B67916E736AD80C4332F81DD3BEC3B3F8DF020DC2F0612 | 10/29/2022 08:01:42 | Blacked | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 110 | Info Hash: 2F73A144B780B7D386C021B9DFCA2C674931DEE8<br>File Hash: F85AE75227D8B66E7A0DEAC0477536890D8F9ECE99E4FA681CC88AAEC3688FDF | 10/29/2022 08:01:15 | Blacked | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 111 | Info Hash: 043224958D2CCCE410C8A057A1D48992FEC6351B<br>File Hash: 42B1720CC0A71D34C95F141CC6BF8A3ECB28164A77584ADA2D957B0036FA0C20 | 10/28/2022 06:32:01 | Blacked Raw | 02/28/2022 | 03/29/2022 | PA0002342857 |
| 112 | Info Hash: 65F37FE17537496C1BE553A0EB8C260788E46A02<br>File Hash: 361ADF7C86F02EF214E053C78F3ED35534451586D87CB71E1E13F09D433F6F38 | 10/28/2022 06:30:30 | Blacked Raw | 10/11/2021 | 10/19/2021 | PA0002317052 |
| 113 | Info Hash: 9CD7CFD962DE7804CF2507733B747EEB28B25D1E<br>File Hash: CC3818D230E86A51A6697869E4F66F58703FCE9CA81ECB5782A8A652486993F1 | 10/27/2022 12:12:04 | Blacked Raw | 06/07/2021 | 06/15/2021 | PA0002296926 |
| 114 | Info Hash: AAE6121340EAE0160B4C806657D86B12B6C56EF1<br>File Hash: 3BE3A2F43B83D6686C38D009BC5EE69D24167F3066AB24302A3B292609816AD2 | 10/25/2022 08:34:34 | Blacked | 10/22/2022 | 10/31/2022 | PA0002377820 |
| 115 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash: 5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 10/21/2022 04:32:14 | Blacked | 10/15/2022 | 11/01/2022 | PA0002378073 |
| 116 | Info Hash: 32EAB20A9B2E50DC4BF56C17FE55379EAC2D35A4<br>File Hash: 332F47B8AE1F4C7DDDC90D81EDD3A996200C8249BC701F239B99D44E85F89892 | 10/20/2022 07:03:56 | Blacked Raw | 06/14/2021 | 08/02/2021 | PA0002305094 |
| 117 | Info Hash: 760F1FDAB7879DE5F0F7CDCE8A3716AC6A996B27<br>File Hash: 1441EE41E0B73FBEB8962208F3BF86FD12BDBFE2EAF64A075F9CE579F84CB5FC | 10/12/2022 12:51:57 | Slayed | 04/12/2022 | 06/09/2022 | PA0002361951 |
| 118 | Info Hash: 3BC22005E2AFC76A838931DCA776BBA6A7235CD8<br>File Hash: 52978CFAE6E89E7576A6ACF227919E58FF957546FD0FBEF1FBECBE1294075FED | 10/11/2022 17:20:24 | Blacked | 10/08/2022 | 11/01/2022 | PA0002378074 |
| 119 | Info Hash: CF344B3042DCAD24E21B955C9206EB79216612B1<br>File Hash: 3A0EEF200C8434AE7CFEF3AFD8948F4098A564D26947A116BB874717C5F636F9 | 10/03/2022 22:00:05 | Blacked Raw | 10/01/2022 | 10/31/2022 | PA0002377811 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: 258B938C8DB932BA26C6C13091AB699725DE4029<br>File Hash:<br>5021FA9F75FFAE5AE30C79FEAC33A1296CEFCE229F032576EBFCD9407D8DA664 | 10/03/2022<br>21:57:04 | Blacked | 10/01/2022 | 10/31/2022 | PA0002377817 |
| 121 | Info Hash: 905E4F7C416218B8230D0E3F77FEE0E5409D7995<br>File Hash:<br>54E302936EF99A29636EBC9A82783F3C3976B37E467AD2E3F39B60877283F542 | 10/03/2022<br>18:50:23 | Blacked Raw | 09/16/2022 | 10/05/2022 | PA0002373764 |
| 122 | Info Hash: 24550021ABCBE71DCF048521BFA63F64964F7CDB<br>File Hash:<br>0881083D537D67B17DE4B9412D7A30A1D9B4453D47ACD18EB069BA82D1992253 | 09/27/2022<br>19:27:43 | Blacked | 09/24/2022 | 10/05/2022 | PA0002373769 |